IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ERFAN ARSANJANI,                          )
                                          )
            Plaintiff,                    )    TC-MD 120181D
                                          )
      v.                                  )
                                          )
CLACKAMAS COUNTY ASSESSOR,                )
                                          )
            Defendant.                    )    **DECISION OF DISMISSAL**

      This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

      A case management conference was scheduled for 10:30 a.m. on May 9, 2012, to

consider Plaintiff's appeal.  On April 17, 2012, the court sent notice of the scheduled case

management conference to the email address Plaintiff provided to the court.  The notice was not

returned as undeliverable.  The notice advised that if Plaintiff did not appear, the court might

dismiss the appeal.

      On May 9, 2012, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal.  That letter was not returned as undeliverable.  The letter advised

that if Plaintiff did not provide a written explanation by May 23, 2012, for his failure to appear,

the court would dismiss the appeal.  As of this date, Plaintiff has not submitted a written

response to the court explaining his failure to appear at the May 9, 2012, case management

conference.  Under such circumstances, the court finds the appeal must be dismissed for lack of

prosecution.  Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of May 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on May 30, 2012.  The Court filed and entered this document on May 30, 2012.*